**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   ROBERT NORRIS                                    Case No.: 11-51308
         CAROLYN DELPHIE

         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/23/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/30/2012.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 8

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    3,925.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 300.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 300.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 124.10 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 15.90 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 140.00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO DEPT | UNSECURED | 11,000.00 | 10,288.27 | 10,288.27 | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | NA | 306.14 | 306.14 | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | NA | 321.27 | 321.27 | .00 | .00 |
| MACKS MOTOR SALES IN | SECURED | 800.00 | .00 | 800.00 | 75.00 | .00 |
| AARON SALES & LEASE | UNSECURED | 2,887.00 | NA | NA | .00 | .00 |
| PENN FOSTER | UNSECURED | 898.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN EMERGE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ARRORNRNTS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 5,124.27 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 589.00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 277.00 | NA | NA | .00 | .00 |
| COM ED | UNSECURED | 1,147.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 249.00 | NA | NA | .00 | .00 |
| CONTINENTAL | UNSECURED | 1,431.00 | NA | NA | .00 | .00 |
| MED BUSI BUR | UNSECURED | 1,445.00 | NA | NA | .00 | .00 |
| MED BUSI BUR | UNSECURED | 1,008.00 | NA | NA | .00 | .00 |
| MED BUSI BUR | UNSECURED | 975.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,133.00 | NA | NA | .00 | .00 |
| SCHOLASTIC | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| WEST SIDE EMERGENCY | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| PENN FOSTER SCHOOL | UNSECURED | 1,003.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS/GRE | UNSECURED | 1,133.00 | NA | NA | .00 | .00 |
| LARRY STAMPS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                        |
|                                                                                 |
| Creditor                Claim         Claim         Claim       Principal    Int.|
|   Name         Class   Scheduled     Asserted      Allowed        Paid       Paid|
|                                                                                 |
|GRANITE RECOVERY LLC  UNSECURED      NA         1,085.41      1,085.41        .00         .00 |
|MIDLAND FUNDING LLC   UNSECURED      NA           765.03        765.03        .00         .00 |
|DENOVUS CORPORATION   UNSECURED      NA           643.66        643.66        .00         .00 |
|ROBERT J SEMRAD & AS  PRIORITY       NA              .00         85.00      85.00         .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 800.00 | 75.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 800.00 | 75.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 85.00 | 85.00 | .00 |
| **TOTAL PRIORITY:** | 85.00 | 85.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 13,409.78 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 140.00 |
| Disbursements to Creditors | $ | 160.00 |
| **TOTAL DISBURSEMENTS:** | $ | 300.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/05/2012              /s/ Tom  Vaughn
                                 Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**